IRVING SNELL, Respondent, *v.* REMINGTON PAPER COMPANY,
Appellant.

*Snell* v. *Remington Paper. Co.*, 131 App. Div. 922, affirmed.
(Argued May 17, 1910; decided May 31, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
March 27, 1909, affirming a judgment in favor of plaintiff
entered upon the report of a referee in an action for the
reformation of a contract and for damages for a breach
thereof.

*Elon R. Brown* for appellant.

*Albert M. Mills* and *Myron G. Bronner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD
BARTLETT, HISCOCK and CHASE, JJ.

---

GEORGE WIENER, Respondent, *v.* ROSABELLA BASS et al.,
Defendants, and LEON LEMBERG, Appellant.

(Argued May 17, 1910; decided May 31, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 14, 1910, affirming a judgment in favor of plaintiff
entered upon the report of a referee in an action for the
foreclosure of a mortgage.

*Isaac N. Miller*, *M. Wolodarsky* and *Abraham Wolodarsky*
for appellant.

*Herman S. Bachrach* and *George Tonkonogy* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD
BARTLETT, HISCOCK and CHASE, JJ.